■ In the Matter of HOWARD R. RELIN, as Monroe County District Attorney, Petitioner, v JOHN J. CONNELL, as Monroe County Court Judge, et al., Respondents. [653 NYS2d 751] —Petition unanimously dismissed without costs. Memorandum: The extraordinary remedy of prohibition is not available to the People to challenge County Court's preclusion of identification

testimony based upon the People's failure to serve a CPL 710.30 notice. Prohibition "will not lie as a means of seeking collateral review of mere trial errors of substantive law or procedure" (*Matter of Rush v Mordue,* 68 NY2d 348, 353; *see also, Matter of Holtzman v Goldman,* 71 NY2d 564, 569; *Matter of State of New York v King,* 36 NY2d 59, 62). (Original Proceeding Pursuant to CPLR art 78.) Present—Green, J. P., Lawton, Doerr, Balio and Fallon, JJ.